No. 321. PUTNAM ET AL. *v.* ICKES, SECRETARY OF THE INTERIOR, ET AL.;
No. 322. LASSIG ET AL. *v.* SAME;
No. 323. DUNN ET AL. *v.* SAME;
No. 324. ABBOT ET AL. *v.* SAME;

No. 325.  HILL ET AL. *v.* SAME;

No. 326.  THOMPSON ET AL. *v.* SAME;

No. 327.  HULL ET AL. *v.* SAME; and

No. 328.  FORDHAM ET AL. *v.* SAME.  October 14, 1935. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia denied.  *Mr. Raymond M. Hudson* for petitioners.  *Solicitor General Reed, Assistant Attorney General Blair,* and *Mr. Edward T. Burke* for respondents.